# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-CR-193 |
| | ) | |
| PAUL MARKIEWICZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U S District Courts<br>517 E Wisconsin Ave<br>Milwaukee, WI 53202 | Courtroom No.: | 242 |
|---|---|---|---|
| Before: | William E. Callhan, Jr. | Date and Time: | 10-18-13 at 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/16/13

_____
*Judge's signature*

_____
*Printed name and title*