# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

2013 OCT 21 A 8:29

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PAUL MARKIEWICZ | ) Case No. 13-CR-193 | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PAUL MARKIEWICZ, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: 21 U.S.C. §§ 841 (b)(1)(C) and 846 and 18 U.S.C. § 2 Conspiracy to distribute marijuana

Date: Oct 9, 2013

*Signature:* Mandy Chasteen

City and state: Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: Mandy Chasteen, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10-16-13, and the person was arrested on 10-16-13 at *(city and state)* Germantown, WI.

Date: 10-16-13

*Arresting officer's signature*

JEFFREY HALE - SPECIAL AGENT
*Printed name and title*